IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Vincent Hiles,

    Plaintiff,

v.

    Case No. 2:10-cv-292

Commissioner of Social
Security,

    JUDGE SARGUS
    MAGISTRATE JUDGE KEMP

    Defendant.

### ORDER

The parties have jointly moved to remand this case to the Commissioner for further administrative proceedings. That motion (#20) is **GRANTED**. This case is **REMANDED** to the Commissioner pursuant to 42 U.S.C. §405(g), sentence four, for further administrative proceedings, which will include remand to an Administrative Law Judge for a new hearing and a new decision and with instructions to obtain more comprehensive vocational expert evidence with emphasis on the claimant's mental limitations that would remain if he ceased substance abuse.

**IT IS SO ORDERED.**

Date: 12-2-2010

Edmund A. Sargus, Jr.
United States District Judge