AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**VINCENT HILES,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

**CASE NO. C2-10-292**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE TERENCE P. KEMP**

      **Defendant.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the ORDER filed December 2, 2010, JUDGMENT is hereby entered REMANDING this case for further proceedings. This case is DISMISSED.**

Date: December 2, 2010            JAMES BONINI, CLERK

                                                   */S/ Andy F. Quisumbing*
                                                   (By) Andy F. Quisumbing
                                                   Courtroom Deputy Clerk